# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2005

Clifford W. Taylor,
Chief Justice

128059 & (47)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRUCE B. FEYZ,
       Plaintiff-Appellee,

v

MERCY MEMORIAL HOSPITAL,
MEDICAL STAFF OF MERCY MEMORIAL
HOSPITAL, RICHARD HILTZ, JAMES
MILLER, D.O., JOHN KALENKIEWICZ, M.D.,
J. MARSHALL NEWBERN, D.O., and
ANTHONY SONGCO, M.D.,
       Defendants-Appellants.

SC: 128059
COA: 246259
Monroe CC: 02-014174-CZ

_____/

      On order of the Court, the application for leave to appeal the January 13, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. Michigan Health and Hospital Association's motion for leave to file brief amicus curiae is GRANTED. The Michigan State Medical Society and the Michigan Osteopathic Association are invited to submit briefs amicus curiae. Other persons or groups interested in the determination of the questions presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2005

_____
Clerk

d1213